UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BLAIR SWILER,

    Plaintiff,

v.

                                  Case No. 2:24-CV-661-SPC-KCD

RSJ VENTURES, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY;

    Defendant,
_____/

## ORDER

Plaintiff Blair Swiler has moved for a default judgment against Defendant RSJ Ventures, LLC. (Doc. 18.) But RSJ Ventures has since appeared (Doc. 19), and now seeks to set aside the clerk's default (Doc. 26). In light of this procedural development, Plaintiff's Renewed Motion for Final Default Judgment (Doc. 18) is **DENIED WITHOUT PREJUDICE**. Plaintiff can refile the motion should RSJ Ventures be left in default and its motion denied.

**ORDERED** in Fort Myers, Florida on October 29, 2024.

Kyle C. Dudek
United States Magistrate Judge